IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE:<br><br>LIMETREE BAY REFINING, LLC,<br><br>                Debtors,<br>   v.<br><br>BEECHER COTTON, et al,<br><br>                Creditors. | Case Number: 21-32351 |

### NOTICE OF WITHDRAWAL OF CLAIM NO. 867 DUE TO CLERICAL ERROR

**COMES NOW** Certain Creditors, by and through the undersigned counsel, and gives this Court notice of withdrawal of Claim No. 867 from the claims register for A.A. a minor child of Katiria Ilarraza filed on December 13, 2021, for $1,000,000.00. This claim is being withdrawn because of an error on the Proof of Claim. The correct Proof of Claim was refiled as Claim Number 912.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Certain Creditors

DATED: December 15, 2021

BY:   /s/ *Rhea R. Lawrence*
Rhea R. Lawrence, Esq.
VI Bar No. 1192
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
rhea@rohnlaw.com

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com