## IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE:<br><br>LIMETREE BAY REFINING, LLC,<br><br>　　　　　Debtors,<br>　　v.<br><br>BEECHER COTTON, et al,<br><br>　　　　　Creditors. | Case Number: 21-32351 |

### NOTICE OF WITHDRAWAL OF CLAIM NO. 1285 DUE TO CLERICAL ERROR

**COMES NOW** Certain Creditors, by and through the undersigned counsel, and gives this Court notice of withdrawal of Claim No. 1285 from the claims register for Cotton Beecher filed on December 28, 2021, for $1,000,000.00. This claim is being withdrawn because it was filed with an incorrect name and will be refiled identifying the correct creditor as Beecher Cotton.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Certain Creditors

DATED: December 28, 2021

BY: /s/ *Rhea R. Lawrence*
Rhea R. Lawrence, Esq.
VI Bar No. 1192
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
rhea@rohnlaw.com